```
DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD GREG POMARES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD GREG POMARES,<br><br>　　　　　Defendant. | NO. 1:06-cr-00167 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: October 19, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

　　　　**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing now scheduled for September 7, 2007, may be continued to October 19, 2007, at 9:00 A.M.**

　　　　This stipulation is requested because Counsel for Defendant Pomares received approximately 80 new pages of documents and information from the Probation Officer on September 4, 2007, has reviewed the documents with Defendant Pomares and needs to prepare any appropriate motions and response on his behalf.  Continued investigation is required to address the information provided, including, but not limited to, transcripts of prior proceedings.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

1  The parties agree that time exclusion is not necessary because this is a sentencing hearing, but that
2  the delay resulting from the continuance shall be excluded in the interests of justice, including but not
3  limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18
4  U.S.C. §§ 3161(h)(1)(A), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR M. SCOTT
        United States Attorney

DATED: September 5, 2007      By:  /s/ Mark McKeon
        MARK McKEON
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: September 5, 2007      By:  /s/ Ann H. Voris
        ANN H. VORIS
        Assistant Federal Defender
        Attorney for Defendant
        Richard Greg Pomares

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).   Good cause, as stated in the stipulation exists for both the continuance and the exclusion of time.

IT IS SO ORDERED.

**Dated:   September 5, 2007**      /s/ Lawrence J. O'Neill
        UNITED STATES DISTRICT JUDGE