DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD GREG POMARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00167 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| v. | |
| RICHARD GREG POMARES, | Date: November 30, 2007<br>Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing now scheduled for October 19, 2007, may be continued to November 30, 2007, at 9:00 A.M.**

This stipulation is requested by Counsel for Defendant Pomares because she has not yet received all information necessary for sentencing preparation, including transcripts of prior proceedings related to the issue of loss.  Once the information has been received, counsel will need time for review and consultation with defendant, to prepare for sentencing and to prepare any appropriate motions and response on his behalf.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that time exclusion is not necessary because this is a sentencing hearing, but that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: October 16, 2007                By:   /s/  Mark McKeon
                                           MARK McKEON
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

                                           DANIEL J. BRODERICK
                                           Federal Defender

DATED: October 16, 2007                By:   /s/  Ann H. Voris
                                           ANN H. VORIS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Richard Greg Pomares

## O R D E R

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 17, 2007**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE