McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:06-cr-00167-LJO |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SENTENCING HEARING; ORDER |
| ) | |
| RICHARD GREG POMARES, ) | Date: December 14, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Ctrm: Hon. Lawrence J. O'Neill |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing now scheduled for November 30, 2007, may be continued to December 14, 2007, at 9:00 a.m.**

This stipulation is requested by counsel for the United States. Counsel for the defendant Richard Pomares has indicated that she intends to file formal objections to the Presentence Report sometime next week. Counsel for the United States will be out of the district next week, and without a continuance, will not have a chance to respond to the formal objections before the scheduled

//

//

//

//

//

//

Stipulation and Order                    1

hearing on November 30, 2007.  The requested continuance will conserve time and resources for both counsel and the court.

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: November 20, 2007        By:     /s/ Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant U.S. Attorney

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: November 20, 2007        By:    /s/ Ann H. Voris
                                      ANN H. VORIS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Richard Greg Pomares

IT IS SO ORDERED.

**Dated:   November 21, 2007**                      /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE