# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00167  LJO |
|            Plaintiff, | ORDER ASSIGNING DEFENDANT |
|   vs. | PRO PER STATUS |
| RICHARD GREG POMARES, | |
|            Defendant. | |
| _____/ | |

Defendant Richard Greg Pomares has requested to be relieved of appointed counsel and to represent himself in propria persona.  The court has granted that request. (Reference by incorporation to the record during the hearing is hereby made).   Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective May 16, 2008:

      Richard Greg Pomares

      Booking Number 0705587

      Fresno County Jail

      P.O. Box 827

      Fresno CA 93721

2. A copy of this order shall be served on Fresno County Jail.

IT IS SO ORDERED.

**Dated:    May 21, 2008**                        **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

1