IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00167 LJO |
| Plaintiff, | AMENDED ORDER ASSIGNING DEFENDANT PRO PER STATUS |
| vs. | |
| RICHARD GREG POMARES | |
| Defendant. | |

Defendant Richard Greg Pomares has requested to be relieved of retained counsel and to represent himself in propria personna. The court has granted that request. Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective May 16, 2008:

    Richard Greg Pomares

    Booking Number 0705587

    Fresno County Jail

    P.O. Box 872

    Fresno CA 93712

2. A copy of this order shall be served on Law Library, Fresno County Jail, P.O. Box 872, Fresno, CA 93712.

IT IS SO ORDERED.

**Dated:   May 21, 2008**                    /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE