# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00167 LJO |
| Plaintiff, | ORDER |
| vs. | |
| RICHARD GREG POMARES, | |
| Defendant. | |

On June 30, 2008 and July 9, 2008, the Court received two request from defendants.

Before granting the requests, the Court must make a determination of relevancy for the purpose requested. The Court must be informed what specific information the defendant believes is in the transcripts requested, and how it is relevant. The defendant must be specific. Without that specificity, the Court can not make a decision about need, relevancy or reasonableness. Therefore, without specificity, the request for th transcripts is DENIED.

IT IS SO ORDERED.

**Dated:   July 16, 2008**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE