**FILED**

AUG 0 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0167 LJO |
|---|---|
| Plaintiff, | **ORDER TO RESPOND TO DEFENDANT'S JULY 28, 2008 LETTER** |
| vs. | |
| RICHARD POMARES, | |
| Defendant. / | |

This Court has reviewed defendant Richard Pomares' ("defendant's") July 28, 2008 letter, attached to this order and incorporated herein. This Court notes that there is no indication that the letter was sent to the United States Attorney's office, and this Court admonishes defendant that he can not have ex parte communication with this Court. All information sent to this Court must be sent also to the Assistant U.S. Attorney assigned to this case.

In response to the attached letter, this Court issues the following orders:

1. The transcript of the July 25, 2008 status conference comments of the Assistant U.S. Attorney is wholly irrelevant to issues of sentencing. The comments do not constitute evidence. The request for the transcript is DENIED.

2. Since Sonja Chinca is considered a victim, as a matter of law, she will be

1

|  |  |
|---|---|
|  | allowed to make comments at sentencing in this case. This is a matter of her legal right. The request to disallow her comments is DENIED. |
| 3. | Defendant has an incorrect view of what the sentencing hearing is going to be. It is not a time to attack the charges or the investigation by the Government, take issue with the change of plea, nor is it an opportunity to try the case by cross-examining the victim-witnesses. This will be disallowed. Defendant will have a BRIEF opportunity to argue for what he considers a just sentence, after which he will be sentenced. |
| 4. | Defendant has indicated that he has NEW evidence to provide to the Magistrate Judge on the issue of detention, and has requested a Bail Review Hearing on that representation. A Bail Review Hearing is set for 1:30 p.m. on Thursday, August 7, 2008 in the courtroom of the Duty Magistrate Judge. The undersigned has not made a determination that new evidence exists for such a hearing. |
| 5. | The clerk of the court is to serve a copy of this order and its attachment on: |
|  | A.   The United States Attorney's office; |
|  | B.   Defendant In Pro Se; and |
|  | C.   Pretrial Services. |

DATED:   August 5, 2008

Lawrence J. O'Neill
United States District Judge

MONDAY JULY 28, 2008

Re: Case No. 1:06-cr-00167 LJO
United States v. Richard Greg Pomares

Dear Judge ONeil,

    I am writing to you today hoping that I can trouble you for the granting of another order. I would like to hereby request and receive an order for the Transcripts from the hearing just held upon Friday July 25, 2008. The reason I require said transcripts is due to the government's statements made at said hearing. The government made assertions that will aid in proving and supporting my arguments made upon Formal Objections/Sentencing Memorandum and those to be made upon sentencing hearing.

    I do not think this to be an unreasonable request and would appreciate this courts prompt response in issuing said order. I would ask that this court trust defendant in making this request. This court will not regret the issuance of this order as the implications will be dramatic.

    Finally, I would ask this court to review some of the attachments this defendant sent with Formal Objections before considering whether or not in allowing alleged victim Sonja Chinca give any victim statement at sentencing hearing. These attachments (along with several more I will provide at hearing, as well as additional evidence) prove this person is and never was any such victim. I do hope this individual will be present so I may dipose her upon the stand and show the type of work the government used in putting together this case against me.

    I have attempted to meet with government to possibly resolve these issues with this horrible mess surrounding this ambiguity filled plea, but the government has failed to respond to my attempts. I have currently served 17 months time incarcerated (no good time) and will be at 18 when sentencing hearing takes place. This has been a truly huge wake-up call for me and I am ready to put all that has happened behind me and proceed with my life and doing God's work.

                                Thank You & God Bless

                                Richard Greg POmares (Pro Per)

P.S. I senting this out on tuesday July 29 and they fail to call me on my bail review