**FILED**

SEP 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-CR-167 LJO |
| Plaintiff, ) | ORDER SETTING CONDITIONS OF RELEASE PENDING SENTENCING ON VIOLATION PETITION SET FOR DECEMBER 2, 2011 AT 9:00AM. |
| vs. ) | |
| RICHARD GREG POMARES, ) | |
| Defendant. ) | |

On September 19, 2011, the above named defendant admitted to the allegations in the violation petition filed on June 14, 2011. The Court set the sentencing for December 2, 2011 at 9:00am.

IT IS HEREBY ORDERED that the defendant shall be released forthwith on all previously set supervised conditions of release issued on October 22, 2010.

DATED: Sept 19, 2011

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1